IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 03-20485-Ma

REMECO PENNINGTON,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's June 6, 2005, motion to reset the sentencing of Remeco Pennington, which is presently set for June 17, 2005. For good cause shown, the motion is granted. The sentencing of defendant Remeco Pennington is **reset to Wednesday, July 6, 2005, at 9:00 a.m.**

It is so ORDERED this 10th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-13-05

288

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 288 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT